**Ronald L. EVANS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40904.**

Missouri Court of Appeals, Western District.

Jan. 3, 1989.

Gary William Smith, Sedalia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial, without hearing, of Rule 24.035 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).